UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SPA-SIMRAD, INC.,

                Plaintiff,

    v.

DANIEL WAINSTEIN, MARISSA WELNER,
JONATHAN LEINWAND, MICHAEL
SOKOLOFF and THOMAS SEIFERT,

                Defendants,

    - and -

MASTIFF GROUP, LLC,

                Nominal Defendant.
-------------------------------------------------------------x

Case No.: 14-cv-5165 (ILG)(RML)

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff SPA-SIMRAD, INC., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants..

Dated: October 26, 2013
New York, New York

                GARBARINI FITZGERALD P.C.

                By:_____
                Richard M. Garbarini
                rgarbarini@garbarinilaw.com
                420 Lexington Avenue
                Suite 2743
                New York, New York 10170
                Telephone: (212) 300-5358
                Facsimile: (888) 265-7054

                Attorneys for Plaintiff

        NOTICE OF Plaintiff, VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. v. 41(a)(1)(A)