UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SPA-SIMRAD, INC.,

                    Plaintiff,

       v.

DANIEL WAINSTEIN, MARISSA WELNER,
JONATHAN LEINWAND, MICHAEL
SOKOLOFF and THOMAS SEIFERT,

                    Defendants,

      - and -

MASTIFF GROUP, LLC,

                  Nominal Defendant.
-------------------------------------------------------------x

Case No.: 14-cv-5165 (ILG)(RML)

CORRECTED NOTICE OF
VOLUNTARY DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff SPA-SIMRAD, INC., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants..

Dated: October 26, 2013
New York, New York

                    GARBARINI FITZGERALD P.C.

                    By:_____
                    Richard M. Garbarini
                    rgarbarini@garbarinilaw.com
                    420 Lexington Avenue
                    Suite 2743
                    New York, New York 10170
                    Telephone: (212) 300-5358
                    Facsimile: (888) 265-7054

                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 26, 2014, a true and correct copy of the foregoing

**PLAINTIFF'S NOTICE OFVOLUNTARY DISMISSAL PURSUANT TO RULE**

**41(a)(1)(A)(i)** was served on all counsel of record via this Court's ECF system.

Dated: October 26, 2014

:_____
Richard M. Garbarini